# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* [https://www.ca9.uscourts.gov/forms/form07instructions.pdf](https://www.ca9.uscourts.gov/forms/form07instructions.pdf)

**9th Cir. Case Number(s)** 26-3553

**Case Name** Ted Entertainment, Inc. v. Doe Defendants

**Counsel submitting this form** Leah Rosa Vulic

**Represented party/parties** Doe Defendants

*Briefly describe the dispute that gave rise to this lawsuit.*

This matter arises from a miscellaneous civil action in the Northern District of California, where Movants/Defendants Does 1–10 ("Does") moved to quash subpoenas issued by Plaintiff Ted Entertainment, Inc. ("TEI") to Reddit, Inc. and Discord, Inc. to obtain identifying information for Does. TEI alleges that Does contributorily infringed its copyrights in a political documentary film and related content by creating and moderating Reddit "megathreads" that linked to publicly available Twitch and YouTube channels where third-party streamers planned to live-react to TEI's works. Does contend their conduct was fair use and facilitated lawful commentary, they did not coordinate with third-party streamers or view the allegedly infringing streams and thus did not have the requisite specific knowledge that TEI considered the reaction streams infringing, and TEI's subpoenas seek to unmask and retaliate against anonymous online critics.

The miscellaneous civil action was assigned to a magistrate judge for all purposes pursuant to 28 U.S.C. §636(c)(1) and NDCA General Order 44 Assignment Plan. Both appearing parties consented to the magistrate judge's jurisdiction to resolve the matter, and the magistrate judge in fact resolved all issues before it by denying the motion to quash in full, including Does' request for a protective order and attorney's fees. Thus, the order is immediately appealable pursuant to 28 U.S.C. §636(c)(3).

**Form 7**                                                                                         *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

The magistrate judge denied Does' motion to quash in full, denied their request for a protective order, and denied their request for attorney's fees, thereby resolving the sole issue presented in the miscellaneous civil action. The order authorizes TEI to obtain Does' identities from Reddit and Discord and directs the parties to seek any further protection from the Central District of California.

The appeal challenges the magistrate judge's order for: 1) failing to apply the applicable Highfields test (prima facie evidentiary showing of a claim followed by balancing of the equities) for unmasking anonymous speakers where the nature of the speech was critical, political discourse about a public figure in the larger context of the subreddit; 2) distinguishing DMCA subpoenas from Rule 45 subpoenas but then applying the DMCA framework; 3) applying the DMCA framework but refusing to engage in a fair use under applicable NDCA authority; 4) failing to consider First Amendment protections in analyzing TEI's claim and Does' conduct, including the potential chilling effect on critical speech on the Internet; 5) ignoring binding Supreme Court authority of Cox Commc'ns, Inc. v. Sony Music Ent., 146 S.Ct. 959 (2026) that clarifies the intent and substantial-non-infringing-use needed for secondary copyright liability; 6) not considering the relevance of TEI's subpoena requests where they seek the identities of irrelevant persons.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining in the NDCA (motion to quash) civil miscellaneous case.

The underlying case in the Central District of California, Ted Entertainment, Inc. v. Saber, et al. Case No. 2:25-cv-05564-WLH-PD, is stayed pending final resolution of the motion to quash miscellaneous proceeding, including any appeals. TEI and the named defendant agreed to a carve-out of the stay for the Central District of California Court to consider and rule on named defendant's motion for partial judgment on the pleadings as to her use of one of the works at issue. That motion for partial judgment on the pleadings was heard on June 5, 2026, with a tentative ruling granting the motion based on fair use, and is currently under submission.

**Signature** /Leah Rosa Vulic **Date** 06/08/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7** *Rev. 09/01/22*

2