**No. 26-3553**

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

TED ENTERTAINMENT, INC.

*Plaintiff-Appellee*,

v.

DOE DEFENDANTS,

*Defendants-Appellants.*

Appeal From Order Denying Motion to Quash Or, In The Alternative,
Protective Order
Issued April 29, 2026

Hon. Sallie Kim
Northern District of California Case No. 3:25-mc-80296-SK
Hon. Sallie Kim

_____

**CONSENT MOTION TO EXTEND THE BRIEFING SCHEDULE ON
APPELLEE'S MOTION TO DISMISS AND TO STAY MERITS BRIEFING
PENDING THE COURT'S RULING; [PROPOSED] ORDER**

_____

Karl S. Kronenberger
Jeffrey M. Rosenfeld
Leah Rosa Vulić
KRONENBERGER ROSENFELD, LLP
548 Market St. #85399
San Francisco, CA 94104
(415) 955-1155

karl@kr.law
jeff@kr.law
leah@kr.law

*Attorneys for Defendants-Appellants*
*Doe Defendants*

Rom Bar-Nissim
Rom@heahbarnissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 432-2836

*Attorneys for Plaintiff-Appellee*
*Ted Entertainment, Inc.*

Pursuant to Ninth Circuit Rule 27-1 and Fed. R. App. P. Rule 26(b), Defendants-Appellants Doe Defendants ("Does") and Plaintiff-Appellee Ted Entertainment, Inc. ("TEI") (collectively, the "Parties"), by and through their undersigned counsel, hereby consent and agree as follows:

## RECITALS

1.      On May 29, 2026, Does filed a Notice of Appeal from the Northern District of California's April 29, 2026 order (D.E. 45) denying Does' motion to quash TEI's subpoenas to non-parties Reddit, Inc. and Discord, Inc. and denying Does' request for a protective order and attorney's fees.

2.      On June 2, 2026, the Clerk of this Court issued a Docketing Notice and a Time Schedule Order under Federal Rule of Appellate Procedure 31(a)(1) setting Does' opening brief and excerpts of record as due July 13, 2026, and TEI's answering brief and supplemental excerpts of record, if any, due August 11, 2026. (Dkt. 2.1.)

3.      On July 3, 2026, TEI filed a Motion to Dismiss the Appeal for Lack of Jurisdiction (Dkt. 11.1), contending that the order on appeal is neither a final order under 28 U.S.C. §1291 nor an appealable collateral order, and that the Perlman exception does not apply. While TEI filed the Motion to Dismiss on July 3, 2026, a notice under ACMS was not generated and served on any Party until July 6, 2026,

1

cutting short Does' time to respond to the Motion to Dismiss from the presumptive Federal Rules of Appellate Procedure, Rule 27(a)(3)(A).

4. Further, TEI's counsel will be going on a planned vacation later in the month of July.

5. Given the foregoing and out of respect for the Parties' respective schedules, the Parties have conferred and agree to extend the time for: a) Does to file their opposition to TEI's Motion to Dismiss, and b) TEI to file any reply in support of its Motion to Dismiss.

6. The Parties have also conferred and agree that judicial and party resources are best conserved by resolving TEI's jurisdictional challenge before the Parties expend resources briefing the merits of the appeal, including because a ruling granting the Motion to Dismiss would dispose of the appeal in its entirety and render merits briefing unnecessary.

7. This is the Parties' first request to adjust the briefing schedule in this appeal. It is made in good faith, is not for purposes of delay, and will not prejudice either Party.

Based on the foregoing, and subject to the Court's approval, the Parties CONSENT AND AGREE as follows:

1. **Briefing Schedule on the Motion to Dismiss.** Does' opposition to TEI's Motion to Dismiss (Dkt. 11.1) shall be due on or before August 3, 2026.

TEI's reply in support of the Motion to Dismiss shall be due on or before August 17, 2026.

2. **Stay of Merits Briefing.** The existing Time Schedule Order deadlines for Does' opening brief (currently due July 13, 2026) and TEI's answering brief (currently due August 11, 2026) are stayed pending the Court's ruling on the Motion to Dismiss.

3. **Further Scheduling.** Within fourteen (14) days after the Court rules on the Motion to Dismiss, if the appeal is not dismissed in its entirety, the Parties shall meet and confer and submit a stipulated or proposed schedule for merits briefing for the Court's approval.

Respectfully Submitted,

DATED: July 8, 2026          **KRONENBERGER ROSENFELD LLP**


s/ Leah Rosa Vulić
Karl S. Kronenberger
Jeffrey M. Rosenfeld
Leah Rosa Vulić

*Attorneys for Defendants-Appellants*
*Doe Defendants*


DATED: July 8, 2026          **HEAH BAR-NISSIM LLP**

3

s/ Rom Bar-Nissim
Rom Bar-Nissim

*Attorneys for Plaintiff-Appellee Ted
Entertainment, Inc.*

4

## ATTESTATION OF CONCURRENCE

Pursuant to Ninth Circuit Rule 25-5(a) and this Court's electronic filing procedures, I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content.

DATED: July 8, 2026            By:    s/ Leah Rosa Vulić

                                                Leah Rosa Vulić

## **[PROPOSED] ORDER**

Pursuant to the agreement of the Parties, and good cause appearing, IT IS SO ORDERED:

1.      Does' opposition to TEI's Motion to Dismiss (Dkt. 11.1) is due on or before August 2, 2026. TEI's reply in support of the Motion to Dismiss is due on or before August 17, 2026.

2.      The deadlines for Does' opening brief (currently due July 13, 2026) and TEI's answering brief (currently due August 11, 2026) are STAYED pending the Court's ruling on the Motion to Dismiss.

3.      Within fourteen (14) days after the Court rules on the Motion to Dismiss, if the appeal is not dismissed in its entirety, the Parties shall meet and confer and submit a stipulated or proposed schedule for merits briefing.

DATED: _____                    _____
                                               Court of Appeals for the Ninth
                                               Circuit

6