UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TED ENTERTAINMENT, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DOE DEFENDANTS, <br><br> Movant - Appellant. | No. 26-3553 <br><br> D.C. No. 3:25-mc-80296-SK <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The motion (Docket Entry No. 12) for an extension of time to file a response to the motion to dismiss is granted. The response to the motion to dismiss is due August 3, 2026. The reply in support of the motion to dismiss is due August 17, 2026.

The requests to stay merits briefing and to submit a proposed merits briefing schedule are denied as unnecessary. *See* 9th Cir. R. 27-11.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT