No. 26-3553

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

Ted Entertainment, Inc.
*Plaintiff-Appellee*,

v.

Doe Defendants,
*Defendants-Appellants*.

---

Appeal From Order Denying Motion to Quash Or, In the Alternative, Protective Order
Issued April 29, 2026
Hon. Sallie Kim
Northern District of California Case No. 3:25-mc-80296-SK

---

# JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE ON APPELLEE'S MOTION TO DISMISS FOR MOOTNESS OR, IN THE ALTERNATIVE, A STAY OF PROCEEDINGS; DECLARATION OF LEAH ROSA VULIĆ

---

KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Leah Rosa Vulić (CA Bar No. 343520)
548 Market St., No. 85399
San Francisco, CA 94104
Telephone: (415) 955-1155
karl@kr.law / jeff@kr.law / leah@kr.law
**Attorneys for Defendants-Appellants Doe Defendants**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Ninth Circuit Rule 27-1, Defendants-Appellants Doe Defendants ("Does") and Plaintiff-Appellee Ted Entertainment, Inc. ("TEI") (collectively, the "Parties"), by and through their undersigned counsel, jointly move to extend the deadline for Does to respond to TEI's Motion to Dismiss for Mootness or, in the Alternative, a Stay of Proceedings (Dkt. 19.1), and the deadline for TEI to reply in support thereof. The grounds for the requested extension are set forth below and in the accompanying Declaration of Leah Rosa Vulić ("Vulić Decl.").

## BACKGROUND

On May 29, 2026, Does filed a Notice of Appeal from the Northern District of California's April 29, 2026 order (D.E. 45) denying Does' motion to quash TEI's subpoenas to non-parties Reddit, Inc. and Discord, Inc. and denying Does' request for a protective order and attorney's fees.

On June 2, 2026, the Clerk of this Court issued a Docketing Notice and a Time Schedule Order under Federal Rule of Appellate Procedure 31(a)(1) setting Does' opening brief and excerpts of record as due July 13, 2026, and TEI's answering brief and supplemental excerpts of record, if any, due August 11, 2026. (Dkt. 2.1.)

On July 3, 2026, TEI filed a Motion to Dismiss the Appeal for Lack of Jurisdiction (Dkt. 11.1), contending that the order on appeal is neither a final order

under 28 U.S.C. §1291 nor an appealable collateral order, and that the *Perlman* exception does not apply. Under Ninth Circuit Rule 27-11(a)(1), that motion stayed the schedule for record preparation and briefing pending this Court's disposition of it.

On August 25, 2026, this Court denied that motion without prejudice to TEI renewing its arguments in the answering brief, and, consistent with Ninth Circuit Rule 27-11(b), reset the briefing schedule: Does' opening brief due September 30, 2026; TEI's answering brief due October 30, 2026; and any reply due twenty-one days after service of the answering brief. (Dkt. 18.1.)

On September 15, 2026, TEI filed a Motion to Dismiss for Mootness or, in the Alternative, a Stay of Proceedings (Dkt. 19.1), together with the Declaration of Rom Bar-Nissim in support thereof (the "Motion to Dismiss for Mootness"), contending that the present appeal is now moot because the district court in the underlying action, *Ted Entertainment, Inc. v. Saber, et al.* (C.D. Cal. Case No. 2:25-cv-5564-WLH-PD) (the "Underlying Action"), entered judgment and closed the Underlying Action on July 13, 2026, and alternatively requesting that this appeal be stayed pending resolution of TEI's related appeal from that judgment, *Ted Entertainment, Inc. v. Saber* (9th Cir. Case No. 26-5059) (the "Merits Appeal").

The Motion to Dismiss for Mootness is a motion for dismissal within the

meaning of Ninth Circuit Rule 27-11(a)(1). It therefore stays the schedule for record preparation and briefing pending this Court's disposition of it, and the schedule will be reset as necessary under Ninth Circuit Rule 27-11(b). The Parties accordingly do not seek, and this motion does not require, any change to the merits briefing schedule set by the Court's August 25, 2026 order.

Absent an extension, Does' response to the Motion to Dismiss for Mootness would be due on or before September 25, 2026, and any reply by TEI would be due seven days thereafter, under Federal Rules of Appellate Procedure 27(a)(3)(A) and 27(a)(4).

Does' response to the Motion to Dismiss for Mootness is presently due in the middle of a period during which Does' counsel has preexisting work commitments and deadlines in other matters, including interstate travel, from September 24, 2026 through October 5, 2026. Those commitments were scheduled before TEI filed the Motion to Dismiss for Mootness and cannot be rescheduled. (Vulić Decl. ¶¶3-4.) The Motion to Dismiss for Mootness requests dismissal based on mootness or, in the alternative, a discretionary stay, and Does require adequate time to address both grounds.

On September 14, 2026, counsel for TEI informed counsel for Does that TEI intended to file the Motion to Dismiss for Mootness, and on September 15, 2026, counsel for Does informed counsel for TEI that Does would oppose it.

Notwithstanding their disagreement as to the merits of that motion, the Parties have conferred regarding its briefing schedule and agree to extend: a) the time for Does to file their response to the Motion to Dismiss for Mootness, and b) the time for TEI to file any reply in support thereof. (Vulić Decl. ¶5.)

This is the Parties' first request to adjust the briefing schedule on the Motion to Dismiss for Mootness. It is made in good faith, is not for purposes of delay, and will not prejudice either Party. (Vulić Decl. ¶6.)

## RELIEF REQUESTED

Good cause supports the requested extension. Fed. R. App. P. 26(b). The commitments that conflict with the current deadline preexisted TEI's motion. No party has previously sought to extend time in relation to the Motion to Dismiss for Mootness, the opposing party joins in it, and the merits briefing schedule is already stayed under Ninth Circuit Rule 27-11, so no other deadline in this appeal is affected. Further, TEI requests a brief extension of its deadline to file its reply in support of the Motion to Dismiss for Mootness, to which Does agree.

Based on the foregoing, and subject to the Court's approval, the Parties respectfully request that the Court enter an order providing that:

1. Does' response to TEI's Motion to Dismiss for Mootness or, in the Alternative, a Stay of Proceedings (Dkt. 19.1) shall be filed on or

before October 12, 2026, and TEI's reply in support thereof shall be filed on or before October 26, 2026.

Respectfully Submitted,

DATED: September 17, 2026 **KRONENBERGER ROSENFELD, LLP**

s/ Leah Rosa Vulić
Karl S. Kronenberger
Jeffrey M. Rosenfeld
Leah Rosa Vulić

*Attorneys for Defendants-Appellants Doe Defendants*

DATED: September 17, 2026 **HEAH BAR-NISSIM LLP**

s/ Rom Bar-Nissim
Rom Bar-Nissim

*Attorneys for Plaintiff-Appellee Ted Entertainment, Inc.*

## ATTESTATION OF CONCURRENCE

Pursuant to Ninth Circuit Rule 25-5(e) and this Court's electronic filing procedures, I attest that all signatories listed above, and on whose behalf this Motion is submitted, concur in the content of the foregoing Motion. The Certificate of Compliance and the Declaration of Leah Rosa Vulić that follow are submitted on behalf of Defendants-Appellants alone and bear my signature only.

DATED: September 17, 2026

By: s/ Leah Rosa Vulić
Leah Rosa Vulić

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d) and Ninth Circuit Rule 27-1(1)(d), I certify that this motion contains 929 words, excluding the items exempted by Federal Rule of Appellate Procedure 27(a)(2)(B) and Ninth Circuit Rule 27-1(1)(d), and therefore complies with the limits of Federal Rule of Appellate Procedure 27(d)(2)(A).

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(D)-(E) and 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

DATED: September 17, 2026

By: s/ Leah Rosa Vulić
Leah Rosa Vulić

**DECLARATION OF LEAH ROSA VULIĆ**

I, Leah Rosa Vulić, declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California and admitted to practice before this Court. I am an attorney at Kronenberger Rosenfeld, LLP, counsel of record for Defendants-Appellants Doe Defendants ("Does"), and I am the attorney with primary responsibility for preparing Does' response to the motion to dismiss filed by Plaintiff-Appellee Ted Entertainment, Inc. ("TEI") on September 15, 2026 (the "Motion to Dismiss for Mootness"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to them. I make this declaration in support of the Parties' Consent Motion to Extend the Briefing Schedule on the Motion to Dismiss for Mootness.

2. TEI filed the Motion to Dismiss for Mootness on September 15, 2026. Absent an extension, Does' response would be due on or before September 25, 2026, and any reply by TEI would be due seven days after service of that response.

3. From September 24, 2026 through October 5, 2026, Does' counsel has previously scheduled work commitments and deadlines in other matters, including interstate travel. Those commitments were scheduled before TEI filed the Motion to Dismiss for Mootness, and they cannot be rescheduled.

4. The Motion to Dismiss for Mootness seeks dismissal for mootness

and, in the alternative, a discretionary stay of this appeal. Given the commitments described in paragraph 3, I am unable to prepare and file a response addressing both grounds by September 25, 2026. The requested extension would allow one week after those commitments conclude to complete the response.

5. On September 14, 2026, counsel for TEI emailed me to advise that TEI intended to file the Motion to Dismiss for Mootness, and on September 15, 2026, I responded that Does would oppose it. That same day, counsel for TEI and I conferred regarding the briefing schedule on that motion, and TEI agreed to request to extend Does' response deadline to October 12, 2026. I also agreed to request to extend TEI's reply deadline to October 26, 2026.

6. This is the Parties' first request to adjust the briefing schedule on the Motion to Dismiss for Mootness. Does do not seek the extension for purposes of delay. To my knowledge, no party will be prejudiced by the requested extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2026, in San Francisco, California.

s/ Leah Rosa Vulić
Leah Rosa Vulić